Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





ANTONIO AGUILAR and

ANNETTE AGUILAR,


 Appellants,


v.


MARY M. GUERRA,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-06-00315-CV



Appeal from


County Court at Law No. 6


of El Paso County, Texas


(TC # 2006-864)




MEMORANDUM OPINION



 Pending before the Court is Appellants' motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1 because the parties have settled all matters in controversy. We grant the motion
and dismiss the appeal with prejudice. The motion does not reflect that the parties have made an
agreement regarding the assessment of costs on appeal. Accordingly, costs are taxed against
Appellants. See Tex.R.App.P. 42.1(d).


June 14, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.